UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025 | |
| DAVID SEIDMAN, Individually, as Personal Representative of the Estate of ELIZABETH KEYS, deceased, and on behalf of all Surviving Beneficiaries,<br><br>Plaintiff,<br><br>-v.-<br><br>AMERICAN AIRLINES INC.<br>1 SKYVIEW DR.<br>FORT WORTH, TX 76155<br><br>PSA AIRLINES, INC.<br>1 TERMINAL DR.<br>MIDDLETOWN, PA 17057<br><br>UNITED STATES OF AMERICA,<br>Pamela Bondi, in her official capacity as U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue N.W.<br>Washington, D.C. 20530-0001<br><br>Defendants. | Lead Case No: 1:25-cv-03382-ACR<br><br>SHORT FORM COMPLAINT |

Plaintiff DAVID SEIDMAN, Individually, as Personal Representative of the Estate of ELIZABETH KEYS, deceased, and on behalf of all Surviving Beneficiaries, respectfully alleges as follows:

1

1. Plaintiff refers to and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein. Plaintiff adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2. Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set for here, if any: N/A.

## CLAIMS AGAINST DEFENDANTS

3. Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒ AMERICAN AIRLINES, INC.

☒ PSA AIRLINES, INC.

☒ UNITED STATES OF AMERICA

4. Plaintiff incorporates by reference each of the Causes of Action in the Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒ First Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Second Cause of Action for Survival Based Upon Common Carrier Duty

☒ Third Cause of Action for Wrongful Death Based Upon Negligence

☒ Fourth Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒ Fifth Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒ Sixth Cause of Action for Survival Based Upon Common Carrier Duty

☒      Seventh Cause of Action for Wrongful Death Based Upon Negligence

☒      Eighth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒      Ninth Cause of Action for Wrongful Death Based Upon Negligence

☒      Tenth Cause of Action for Survival Based Upon Negligence

### **PLAINTIFF'S INFORMATION:**

5.     Decedent, ELIZABETH KEYS, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6.     ELIZABETH KEYS resided in Washington, D.C.

7.     Plaintiff DAVID SEIDMAN is a resident of Washington, D.C., and was the lawful spouse of ELIZABETH KEYS, deceased, at the time of her death.

8.     Plaintiff DAVID SEIDMAN brings this lawsuit individually on his own behalf, as Personal Representative of the Estate of ELIZABETH KEYS, deceased, and on behalf of all surviving beneficiaries, including MARY KEYS and MARTIN KEYS.

9.     On or about April 18, 2025, the Superior Court of the District of Columbia, Probate Division, issued an order appointing DAVID SEIDMAN as the Personal Representative of the Estate of ELIZABETH KEYS. Therefore, he has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of ELIZABETH KEYS and brings this lawsuit in his representative capacity.

## PLAINTIFF'S ADMINISTRATIVE CLAIM

10. On or about October 16, 2025, Plaintiff DAVID SEIDMAN, on behalf of himself, the Estate of ELIZABETH KEYS, deceased, and all surviving beneficiaries, as well as all individual claimants, served their initial administrative claims upon the FAA.

11. On or about October 16, 2025, Plaintiff DAVID SEIDMAN, on behalf of himself, the Estate of ELIZABETH KEYS, deceased, and all surviving beneficiaries, as well as all individual claimants, served their initial administrative claims upon the United States Army ("Army").

12. The USA:

☐ did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☒ the FAA denied Plaintiff's claims on November 21, 2025 on behalf of both the FAA and United States Army ("Army").

## PLAINTIFF'S DAMAGES

13. Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

4

- ☒ DECEDENT's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused her death;
- ☒ the loss of the gross earning power of the DECEDENT;
- ☒ the loss of the full value of the life of the DECEDENT;
- ☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;
- ☒ the loss of financial support and contribution of the DECEDENT;
- ☒ loss of services;
- ☒ loss of inheritance;
- ☒ loss of accumulations;
- ☒ full pecuniary loss of the DECEDENT;
- ☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;
- ☒ loss of life's pleasures;
- ☒ loss of enjoyment of life of the DECEDENT;
- ☒ mental anguish and mental pain and suffering that the heirs, beneficiaries and distributees of the DECEDENT's Estate were caused to incur;
- ☒ other necessary and reasonable expenses as a result of the DECEDENT's death;
- ☒ attorneys' fees, costs and other damages permitted under applicable laws;

&boxtimes;   pre- and post-judgment interest on all damages as allowed by law;

&boxtimes;   all costs of suit herein;

&boxtimes;   such other and further relief as the Court shall deem just and proper;

&boxtimes;   Other (specify):

## ADDITIONAL ALLEGATIONS, IF ANY

14. At the time of her death, Elizabeth Keys was an associate attorney with Wilkinson Stekloff LLP. Elizabeth graduated from Georgetown Law, where she met David Seidman, and went on to clerk for the Honorable Amy Berman Jackson in the U.S. District Court for the District of Columbia. She was a rapidly rising legal star and a valued member of the Wilkinson team, with an extremely bright future ahead of her in the legal profession. Indeed, Elizabeth was on AE 5342 traveling home from a deposition in Wichita with one of her colleagues.

Elizabeth was a loving spouse and partner to David, and a caring daughter to her parents, Martin and Mary Keys. Elizabeth and David were by each other's side in every endeavor, and were building a life together in Washington D.C. They had bought a home in 2022 and were trying to start a family when Elizabeth died. Martin and Mary always knew they could count on Elizabeth, their "Bitsy", for anything they needed. Mary and Martin were planning to buy a home near Washington D.C., so that they could be closer to Elizabeth and her family. Elizabeth's loss has caused profound emotional and psychological harm to her family, who will carry the weight of her absence for the rest of their lives. They and Elizabeth's estate have also suffered substantial economic loss having been deprived of Elizabeth's monetary support and her significant probable net future earnings.

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: January 15, 2026

**KREINDLER & KREINDLER LLP**

By: /s/ *Vincent C. Lesch*
Brian J. Alexander
(Bar ID: NY0679)
Justin T. Green
(Bar ID: NY0692)
Anthony Tarricone
(Bar ID: 492480)
Daniel O. Rose
(applicant *pro hac vice*)
Vincent C. Lesch
(Bar ID: NY0675)
Evan Katin-Borland
(Bar ID: NY0674)
Erin R. Applebaum
(Applicant *pro hac vice*)
485 Lexington Avenue, 28th Floor
New York, New York 10017
(212) 687-8181
balexander@kreindler.com
jgreen@kreindler.com
atarricone@kreindler.com
drose@kreindler.com
vlesch@kreindler.com
ekatinborland@kreindler.com
eapplebaum@kreindler.com