AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pamela Bondi, in her official capacity as U.S. Attorney General
was received by me on *(date)* January 16, 2026 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

**X** I served the summons on *(name of individual)* by Certified Mail # 9489009000276609147012 , who is designated by law to accept service of process on behalf of *(name of organization)* USA
on *(date)* February 2, 2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/03/2026

*Server's signature*

Izabela E Szczesiak - Legal Assistant
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANS…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9489009000276609147012

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 4:53 am on February 2, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
February 2, 2026, 4:53 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                      ⌄

USPS Tracking Plus®                                       ⌄

Product Information                                       ⌄

See Less ⌃

Track Another Package

| | |
|---|---|
| **From:** | USADC-ServiceCivil |
| **To:** | Vincent C. Lesch; USADC-ServiceCivil |
| **Cc:** | Brian J. Alexander; Anthony Tarricone; Susan Russo; Kerri A. Keefe; Izabela Szczesiak |
| **Subject:** | RE: Seidman v. American Airlines, Inc., et al., 26-cv-00125 |
| **Date:** | Tuesday, January 20, 2026 4:34:39 PM |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you are expecting the link or attachment from the sender and know the content is safe.

The summons and complaint have been received by email, with a service date of January 16, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Vincent C. Lesch <VLesch@kreindler.com>
**Sent:** Friday, January 16, 2026 5:51 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Brian J. Alexander <BAlexander@kreindler.com>; Anthony Tarricone <atarricone@kreindler.com>; Susan Russo <Srusso@kreindler.com>; Kerri A. Keefe <Kkeefe@kreindler.com>; Izabela Szczesiak <ISzczesiak@kreindler.com>
**Subject:** [EXTERNAL] Seidman v. American Airlines, Inc., et al., 26-cv-00125

To whom it may concern:

Please see the attached summons and complaint filed against the United States of America in the matter of Seidman v. American Airlines, Inc., et al., 26-cv-00125.

Kind regards,

**Vincent C. Lesch**
Partner



**Kreindler & Kreindler LLP**

| | | | | | |
|---|---|---|---|---|---|
| 485 Lexington Ave | T: | 212.973.3482 | · | E-mail: | VLesch@kreindler.com |
| New York, NY 10017 | F: | 212.972.9432 | · | Web: | www.kreindler.com |

🌐 Please consider the environment before printing this e-mail.